**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**BILLY CLARK**                                                              **PLAINTIFF**

**VS.**                                     **4:17-cv-00666-BRW**

**ASPLUNDH TREE EXPERT, LLC.**                                          **DEFENDANTS**

## JUDGMENT

Based on the order entered today granting Defendant's Motion for Summary Judgment,

this case is DISMISSED.

IT IS SO ORDERED this 17th day of October, 2018.


/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE